■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARDO CEPEDA, Appellant. [757 NYS2d 725] —Judgment, Supreme Court, New York County (Micki Scherer, J., at suppression hearing; Ira Beal, J., at plea and sentence), rendered July 20, 2000, convicting defendant of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 13 years, unanimously affirmed.

Defendant's plea was entered knowingly, voluntarily and intelligently, and he received meaningful representation in connection with his plea (see People v Ford, 86 NY2d 397, 404 [1995]).

We perceive no basis for reducing the sentence which covers at least five knife-point robberies.

The other arguments contained in defendant's pro se brief are foreclosed by his guilty plea or were expressly waived, and are unavailing in any event. Concur—Nardelli, J.P., Mazzarelli, Rosenberger, Ellerin and Gonzalez, JJ.